UNITED STATES of America, Plaintiff–Appellee,

v.

Servando RODRIGUEZ–CUELLAR, Defendant–Appellant.

No. 05–41308.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 20, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Michael L. Herman, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Servando Rodriguez–Cuellar pleaded guilty to an indictment charging him with being an alien unlawfully found in the United States after deportation following an aggravated-felony conviction. Rodriguez–Cuellar was sentenced to 46 months in prison. He gave timely notice of appeal.

---

**386**

Rodriguez–Cuellar challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). The Government argues that the waiver provision in Rodriguez–Cuellar's plea agreement precludes his attack on the constitutionality of § 1326(b) and that, as a result of the waiver, Rodriguez–Cuellar lacks standing to challenge the constitutionality of § 1326(b). We assume, *arguendo* only, that the waiver does not bar the instant appeal.

Rodriguez–Cuellar's constitutional challenge to § 1326(b), however, is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Although Rodriguez–Cuellar contends that *Almendarez–Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez–Torres* in light of *Apprendi,* we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Rodriguez–Cuellar properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent, but he raises it here to preserve it for further review. The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under